United States District Court
Middle District of Florida

Ryan Patrick Forrest,
     Plaintiff,

v.                              Case No. 6:20-cv-912-ORL-41-LRH

Federal Bureau of Prisons,
Unknown Named Warden,
Unknown Named SIS Lieutenant,
Unknown Named Counselor,
Unknown Named Unit Manager,
     Defendants

CIVIL RIGHTS COMPLAINT

FILED 2020 MAY 26 PM 3:14

## I. Jurisdiction and Venue:

1. Jurisdiction is asserted pursuant to 28 U.S.C. 1331 (federal question), 1332 (diversity of citizenship) and Bivens v. Six Unknown 403 U.S. 388 (1971).

2. Venue is asserted proper under 28 U.S.C. 1391(e).

## II. Parties:

1. Plaintiff is a federal inmate formerly at USP Coleman II.
2. Defendant Federal Bureau of Prisons ("BOP") operated USP Coleman II.
3. Defendant Unknown Named Warden ("Warden") was Warden of USP Coleman II.
4. Defendant Unknown Named SIS Lieutenant ("SIS LT") was employed at USP Coleman II.
5. Defendant Unknown Named Counselor ("Counselor") was employed at USP Coleman II.
6. Defendant Unknown Named Unit Manager ("Unit Manager") was employed at USP Coleman II.
7. USP Coleman II is located at 846 NE 54th Terrace, Sumterville, FL, 33521.

## III. Statement of Claims:

1. Claim One: Violation of 8th Amendment - Deliberate Indifference to Personal Safety.
2. Claim Two: Violation of 8th Amendment - Deliberate Indifference to Medical Needs.

1

IV. Statement of Facts:

1. Plaintiff is a federal prisoner in BOP who was previously housed at USP Coleman II.
2. USP Coleman II has a lengthy history of inmate on inmate murders, stabbings, and weapons possession. Defendants personally witnessed such during and prior to 2018 as part of their daily presence there and administrative review of such incidents.
3. Plaintiff was housed with inmate Juan Backus in Unit I-1 of USP Coleman II. Backus was eventually moved to the Special Housing Unit ("SHU") and began sending notes from SHU to other Unit I-1 inmates threatening to murder plaintiff.
4. Inmates receiving Backus' notes, told plaintiff of the threats.
5. Subsequent to learning of the threats plaintiff told defendants Warden, Counselor, Unit Manager, SIS LT of Backus' threats.
6. Plaintiff requested placement in SHU in protective custody and separation from Backus.
7. While plaintiff was in SHU, Backus was released from SHU. Subsequent to Backus' release from SHU, defendants Warden and SIS LT disciplined plaintiff and forced him to return to general population to the same unit as Backus.
8. Upon entering the unit, Backus struck plaintiff with a combination lock tied to a sock, in the head, causing a concussion, bleeding, laceration; severe pain and suffering. Plaintiff was also struck by Backus in the neck and back.
9. Upon witnessing the assault, staff activated a duress alarm summoning additional staff to restrain Backus.
10. Plaintiff and Backus were escorted to the SHU. The plaintiff received no medical exam or treatment.
11. Plaintiff asked defendants Warden and SIS LT for medical treatment for his injuries, but received none in the days and weeks following the attack.

2

V. Requested Relief:

1. Compensatory damages in an amount to be determined at trial.
2. Punitive damages in an amount to be determined at trial.
3. Injunction enjoining defendant BOP from housing plaintiff in a U.S. Penitentiary to protect him from future harm.
4. Trial by Jury.
5. Award plaintiff costs and fees.

The aforegoing is declared true and correct under penalty of perjury pursuant to 28 USC 1746 and is mailed 4-16-20.

*Ryan Forrest*

Ryan Forrest #08567-036
USP Tucson
PO Box 24550
Tucson AZ 85734
Plaintiff